1000 West Street
Suite 1400
Wilmington, DE 19801
www.connollygallagher.com

Arthur G. Connolly, III
Partner
TEL (302) 888-6318
EMAIL: aconnolly@connollygallagher.com



CONNOLLY GALLAGHER LLP

December 16, 2016

**By Hand Delivery and E-Filing**
The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801-3570

    Re:    *Nichia Corporation v. TCL Multimedia Technology Holdings, Ltd. and TTE Technology, Inc.*, C.A. No 16-681-RGA

Dear Judge Andrews:

Pursuant to Your Honor's Order Setting Rule 16(b) Conference [D.I. 17] and in preparation for the conference scheduled for December 19, 2016 at 3:30 pm, the parties have conferred regarding scheduling and discovery limitations.

We enclose for Your Honor's consideration the parties' proposed Scheduling Order. As Your Honor will read, there are only two sections in dispute – Section 3(f)(i) and Section 3(f)(ii).

In advance of the scheduling conference, Defendants would like to respectfully advise the Court that they intend to file a motion to stay this litigation pending resolution of the appeal in *Everlight Elecs. Co., Ltd. et al. v. Nichia Corp. et al.*, No. 4:12-cv-11758-GAD-MKM (E.D. Mich.), *appeal docketed*, Nos. 16-1577, 16-1611 (Fed. Cir.) ("*Everlight* Appeal"). In the *Everlight* case, Plaintiff asserted infringement of two patents that are in the same family as all four patents-in-suit.

Respectfully submitted,

/s/ *Arthur G. Connolly, III*

Arthur G. Connolly, III (#2667)

Attachment
cc:    All counsel of Record (by e-filing) (with attachment)


{05284018.DOCX.}