IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:16-cv-00681 (RGA) |
| | ) |
| TCL MULTIMEDIA TECHNOLOGY HOLDINGS, LTD. and TTE TECHNOLOGY, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated by Plaintiff Nichia Corporation and Defendants TCL Multimedia Technology Holdings, Ltd. and TTE Technology, Inc. that this action is dismissed with prejudice, and with each party bearing its own costs, attorney's fees, and expenses except as provided for in the parties' settlement agreement.

CONNOLLY GALLAGHER LLP

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
Ryan P. Newell (#4744)
Mary I. Akhimien (#5448)
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE 19801
(302)757-7300
aconnolly@connollygallagher.com
rnewell@connollygallagher.com
makhimien@connollygallagher.com

*Attorneys for TCL Multimedia Technology Holdings, Ltd. and TTE Technology, Inc.*

February 27, 2018
11698538

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Plaintiff Nichia Corporation*

SO ORDERED this ___ day of _____,2018

_____
United States District Court Judge